**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated, : | Case No.: 1:22-CV-8994 |
| Plaintiffs, : | |
| v. : | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| SHADES OF AFRIKA : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, LAMAR BROWN hereby move, at a date and time to be set by the Court, before the Honorable Judge Jennifer H. Rearden, at the Courthouse for the Southern District of New York, located at 500 Pearl Street, courtroom 12B, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion, and the accompanying Exhibits.

Dated: June 28, 2023

    Forest Hills, New York

                                     **MARS KHAIMOV LAW, PLLC**

                                     By: _/s/ Mars Khaimov_
                                     Mars Khaimov, Esq.
                                     marskhaimovlaw@gmail.com
                                     10826 64th Avenue, Second Floor
                                     Forest Hills, New York 11375
                                     Tel: (929) 324-0717
                                     _Attorneys for Plaintiff_